# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2480

_____

Kenneth W. Simpson,

        Appellant,

    v.

Cathy Brandon,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Southern District of Iowa.
\*   [UNPUBLISHED]
\*
\*

_____

Submitted: November 24, 1998
Filed: December 1, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Kenneth W. Simpson appeals from the district court's[1] dismissal of his action with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with court orders. Having carefully reviewed the record and the parties' submissions, we conclude that the district court did not abuse its discretion. See Rodgers v. Curators of the Univ. of Mo., 135 F.3d 1216, 1219 (8th Cir. 1998)

_____

[1]The Honorable R. E. Longstaff, United States District Judge for the Southern District of Iowa, adopting the report and recommendations of the Honorable Celeste F. Bremer, United States Magistrate Judge for the Southern District of Iowa.

(standard of review).  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.